IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                          12-cv-933-wmc

CREATIVE RECOVERY CONCEPTS,
MEDICAL/MEDICARE/MEDICAID/F.T.C.,
DENIAL MEDICAID/F.T.C., GEICO and
A.I.G. CORP,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _____                1-3-2013
    Peter Oppeneer, Clerk of Court                    Date