## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

      Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                        12-cv-933-wmc

CREATIVE RECOVERY CONCEPTS,
MEDICAL/MEDICARE/MEDICAID/F.T.C.,
DENIAL MEDICAID/F.T.C., GEICO and
A.I.G. CORP,

      Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _Jane Kamke, Deputy Clerk_           1-3-2013
      Peter Oppeneer, Clerk of Court              Date